# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Langstaff, Thomas Q. | District Court-Middle District Georgia | 04/30/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate judge-full-time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

201 W. Broad Avenue
Albany, Georgia 31701

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2010 | The remaining partner,      has agreed to buy out Thomas Langstaff's interest in partnership |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Langstaff, Thomas Q. | 04/30/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Darton College- part time tennis instructor |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Emory Hospital | visit to Emergency room 11/2013 | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Langstaff, Thomas Q. | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank of America-accounts | A | Int./Div. | J | T | | | | | |
| 2. Flint Community Bank | A | Int./Div. | M | T | | | | | |
| 3. SB&T Accounts | A | Int./Div. | L | T | | | | | |
| 4. Bank of America-common stock | A | Distribution | K | T | | | | | |
| 5. DWS Kemper Fund-DWS Strategic Gov't Security Fund | B | Int./Div. | K | T | | | | | |
| 6. Merrill Lynch Eaton Vance Tax Free Bond | B | Int./Div. | K | T | | | | | |
| 7. Albany Bank and TrustIRA | C | Int./Div. | L | T | | | | | |
| 8. Fidelity- Capital & Income | A | Int./Div. | K | T | | | | | |
| 9. Fidelity- Capital Appreciation | A | Int./Div. | K | T | | | | | |
| 10. Fidelity Cash Reserves | A | Int./Div. | J | T | | | | | |
| 11. Fidelity- Asset Manager 20% | A | Int./Div. | J | T | | | | | |
| 12. Fidelity- Europe | A | Int./Div. | K | T | | | | | |
| 13. Fidelity- OTC Port | A | Int./Div. | J | T | | | | | |
| 14. Fidelity- Select Gold | A | Int./Div. | J | T | | | | | |
| 15. Fidelity- Select Chemicals | A | Int./Div. | K | T | | | | | |
| 16. Fidelity- Value | A | Int./Div. | K | T | | | | | |
| 17. Fidelity- Int'l Discovery | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Langstaff, Thomas Q. | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity- Capital Appreciation | A | Int./Div. | J | T | | | | | |
| 19. Fidelity- Stock Selector | A | Int./Div. | K | T | | | | | |
| 20. Fideltiy- Contrafund | A | Int./Div. | K | T | | | | | |
| 21. Fidelity- Short term bond | A | Int./Div. | J | T | | | | | |
| 22. Fidelity- High Income | A | Int./Div. | J | T | | | | | |
| 23. Fidelity- GNMA Fund | A | Int./Div. | K | T | | | | | |
| 24. Fidelity- Mortgage Securities | A | Int./Div. | K | T | | | | | |
| 25. Fidelity- Export & Multinational | A | Int./Div. | K | T | | | | | |
| 26. Fidelity- Bank of America Corport Mtn | | None | | | Matured | 09/01/13 | L | | |
| 27. Columbia Cash Reserves | A | Int./Div. | J | T | | | | | |
| 28. Fidelity-Balanced | A | Int./Div. | J | T | | | | | |
| 29. T. Rowe Price- New America Growth | A | Int./Div. | J | T | | | | | |
| 30. T. Rowe Price- International Stock | A | Int./Div. | J | T | | | | | |
| 31. T. Rowe Price- New Asia | A | Int./Div. | K | T | | | | | |
| 32. T. Rowe Price- Science & Technology | A | Int./Div. | L | T | | | | | |
| 33. T. Rowe Price- Mid Cap Value | A | Int./Div. | K | T | | | | | |
| 34. T. Rowe Price- Divedend Growth | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Langstaff, Thomas Q. | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T. Rowe Price- Prime Reserve | A | Int./Div. | J | T | | | | | |
| 36. T. Rowe Price- GNMA | A | Int./Div. | K | T | | | | | |
| 37. T. Rowe Price- New Income | A | Int./Div. | J | T | | | | | |
| 38. Georgia International Life Insurance Co | A | Interest | J | T | | | | | |
| 39. Fidelity- NH Portfolio 2018 (Education 529 Plan) | A | Int./Div. | M | T | | | | | |
| 40. Path2College- Georgia Higher Education Svgs Plan | A | Int./Div. | J | T | | | | | |
| 41. Georgia Defined Contribution Plan | A | Int./Div. | J | T | | | | | |
| 42. Merrill Lynch-Blackrock Global (MDLOX) | A | Int./Div. | J | T | | | | | |
| 43. Merrill Lynch-Blackrock Global (MCLOX) | A | Int./Div. | K | T | | | | | |
| 44. Southern Company-(X) common stock | A | Int./Div. | K | T | | | | | |
| 45. Gabelli Utilities-(X) common stock | A | Int./Div. | J | T | | | | | |
| 46. Wells Fargo Intermediate fixed inc. PTTRX | A | Int./Div. | J | T | Buy | 09/30/13 | J | | |
| 47. WF Intermediate fixed inc. JBGIX | A | Int./Div. | J | T | Buy | 09/30/13 | J | | |
| 48. WF Intermediatte fixed Inc. MWTIX | A | Int./Div. | J | T | Buy | 09/30/13 | J | | |
| 49. WF Intermediate fixed Inc. MGBIX | A | Int./Div. | J | T | Buy | 09/30/13 | J | | |
| 50. WF Intermediate fixed Inc. GSZIX | A | Int./Div. | J | T | Buy | 09/30/13 | J | | |
| 51. WF Intern'l markets OIBYX | A | Int./Div. | J | T | Buy | 09/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Langstaff, Thomas Q. | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. WF Intern'l markets MEDIX | A | Int./Div. | J | T | Buy | 09/30/13 | J | | |
| 53. WF Large Cap equity TWGIX | A | Int./Div. | J | T | Buy | 09/30/13 | J | | |
| 54. WF Large Cap equity WFCIX | A | Int./Div. | J | T | Buy | 09/30/13 | J | | |
| 55. WF Large Cap equity DGAGX | A | Int./Div. | J | T | Buy | 09/30/13 | J | | |
| 56. WF Large Cap equity DODGX | A | Int./Div. | J | T | Buy | 09/30/13 | J | | |
| 57. WF Large Cap equity JPIVX | A | Int./Div. | J | T | Buy | 09/30/13 | J | | |
| 58. WF Mid cap equity ASIMX | A | Int./Div. | J | T | Buy | 09/30/13 | J | | |
| 59. WF Mid cap equity RSVYX | A | Int./Div. | J | T | Buy | 09/30/13 | J | | |
| 60. WF Small cap equity ORIYX | A | Int./Div. | J | T | Buy | 09/30/13 | J | | |
| 61. WF Small cap equity HNVIX | A | Int./Div. | J | T | Buy | 09/30/13 | J | | |
| 62. WF International equity AEGFX | A | Int./Div. | J | T | Buy | 09/30/13 | J | | |
| 63. WF Emerging markets EMGNX | A | Int./Div. | J | T | Buy | 09/30/13 | J | | |
| 64. WF Emerging markets HIEMX | A | Int./Div. | J | T | Buy | 09/30/13 | J | | |
| 65. WF Reits and MLP CSRSX | A | Int./Div. | J | T | Buy | 09/30/13 | J | | |
| 66. WF Multi Class TIBIX | A | Int./Div. | J | T | Buy | 09/30/13 | J | | |
| 67. WF Other Holdings OOSYX | A | Int./Div. | J | T | Buy | 09/30/13 | J | | |
| 68. WF Other Holdings PCRIX | A | Int./Div. | J | T | Buy | 09/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Langstaff, Thomas Q. | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wells Fargo-stock Abbvie ABBV | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 70. WF-stock Altria Group MO | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 71. WF-stock American Electric AEP | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 72. WF-stock AT&T Inc T | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 73. WF-stock Bristol Myers Squibb BMY | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 74. WF-stock Cisco CSCO | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 75. WF-stock Conagra CAG | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 76. WF-stock Conocophillips COP | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 77. WF-stock Diageo PLC DEO | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 78. WF-stock Dominion Res Inc D | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 79. WF-stock Dover Corp DOB | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 80. WF-stock Du Pont E.I DOV | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 81. WF-stock Genl Dymanics GD | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 82. WF-stock Genuine Parts GPC | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 83. WF-stock Glaxosmithkline GSK | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 84. WF-stock HCP Inc HCP | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 85. WF-stock Health Care REIT HCN | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Langstaff, Thomas Q. | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. WF-stock Home Depot | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 87. WF-stock Illinois Tool Workers ITW | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 88. WF-stock Intel Corp INTC | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 89. WF-stock International Paper IP | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 90. WF-stock Johnson & johnson JNJ | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 91. WF-stock JPMorgan JPM | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 92. WF-stock Kimberly Clark KMB | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 93. WF-stock Kraft Food KRFT | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 94. WF-stock Lockheed Martin LMT | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 95. WF-stock M&T Bank MTB | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 96. WF-stock Mattel Inc. MAT | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 97. WF-stock Maxim Integrated MXIM | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 98. WF-stock McDonalds MCD | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 99. WF-stock Microchip Tech MCHP | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 100. WF-stock Microsoft Corp MSFT | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 101. WF-stock Nextera Energy NEE | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 102. WF-stock Nucor Corp NUE | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Langstaff, Thomas Q. | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. WF-stock People's United Final PBCT | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 104. WF-stock Pepsico Incorp PEP | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 105. WF-stock Pfizer Inc. PFE | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 106. WF-stock Phillips 66 | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 107. WF-stock Procter & Gamble PG | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 108. WF-stock Royal Dutch Shell RDS/A | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 109. WF-stock Sonoco Prod. SON | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 110. WF-stock Spectra Energy SE | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 111. WF-stock Southern Company SO | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 112. WF-stock United Parcel Service UPS | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 113. WF-stock Verizon Communications VZ | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 114. WF-stock Walgreen Co WAG | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 115. WF-stock Waste Mgmt WM | A | Int./Div. | J | T | Buy | 09/23/13 | J | | |
| 116. Wells Fargo Franklin Income FD CL C FCISX | A | Int./Div. | J | T | Buy | 09/19/13 | J | | |
| 117. WF Franklin Rising Div Cl C FRDTX | A | Int./Div. | J | T | Buy | 09/19/13 | J | | |
| 118. WF Franklin Strategic Income Rd CL C FSGCX | A | Int./Div. | J | T | Buy | 09/19/13 | J | | |
| 119. WF Mutual Series FD Inc Global Discovery FD CL C TEDSX | A | Int./Div. | J | T | Buy | 09/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Langstaff, Thomas Q. | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. WF Templeton Global Bond Fund CL C TEGBX | A | Int./Div. | J | T | Buy | 09/19/13 | J | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Langstaff, Thomas Q. | 04/30/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Langstaff, Thomas Q. | 04/30/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas Q. Langstaff**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544